# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-00078-GCM

| | |
|---|---|
| ELIZABETH COLE, <br> VINCENT LINEBERGER, <br> <br> **Appellant,** <br> <br> v. <br> <br> JAMES B. NUTTER & COMPANY, <br> SUBSTITUTE TRUSTEE SERVICES INC, <br> <br> **Appellee.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the Court on the Court's own motion. The Appellants filed their Motion to Appeal on February 21, 2017, following the Bankruptcy Court's Order dismissing the appellants' complaint on January 5, 2017 and the Bankruptcy Court's Order confirming its authority to enter final orders and granting in part and denying part appellants' motion for additional findings of fact and conclusions of law on Bankruptcy Court's authority to enter a final judgment on February 6, 2017.

On March 8, 2017 the bankruptcy court notified the Court that Appellants have failed to pay the required $298 filing fee pursuant to 28 U.S.C. § 1930. On February 21, 2017 the Appellants were notified in writing and given ten business days to pay the requisite filing fee. To date, no fee has been tendered.

**IT IS THEREFORE ORDERED** that this appeal is hereby **DISMISSED**.

Signed: March 14, 2017

Graham C. Mullen
United States District Judge